IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HUNTER'S PRECISION CONSTRUCTION
& ROOFING, INC. AND CENTRAL UNITED
METHODIST CHURCH OF ALBUQUERQUE,
INSURED AS AND A/K/A CENTRAL
ALBUQUERQUE UNITED METHODIST CHURCH,

    Plaintiffs,

v.                                      Case No. 22-cv-00483 KG/SCY

UNITED METHODIST INSURANCE
COMPANY, INC., CUSTARD INSURANCE
ADJUSTERS, INC., SHELLY HUGHES-HUMBLES,
JEFFREY KOCH, and GALLAGHER BASSET
SERVICES, INC.,

    Defendants.

## ORDER OF REMAND

In a contemporaneously filed Memorandum Opinion and Order (Doc. 22), the Court granted Plaintiff's Motion to Remand (Doc. 12). For the reasons given therein, the Court REMANDS this case to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE