IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HUNTER'S PRECISION CONSTRUCTION
& ROOFING, INC. AND CENTRAL UNITED
METHODIST CHURCH OF ALBUQUERQUE,
INSURED AS AND A/K/A CENTRAL
ALBUQUERQUE UNITED METHODIST CHURCH,

    Plaintiffs,

v.                                             Case No. 22-cv-00483 KG/SCY

UNITED METHODIST INSURANCE
COMPANY, INC., CUSTARD INSURANCE
ADJUSTERS, INC., SHELLY HUGHES-HUMBLES,
JEFFREY KOCH, and GALLAGHER BASSET
SERVICES, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The Court previously entered an Order awarding Plaintiff fees, with payment due by January 15, 2023. (Doc. 29). In that Order, the Court also ordered Defendants to file a Notice of Satisfaction once made. As of today, January 18, 2023, no Defendant has filed any Notice.

The Court, therefore, orders Defendants to show cause in writing why no Notice has been filed and what is the status of the payment by **Friday, January 20, 2023, at 5:00 pm.**

IT IS SO ORDERED.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE